```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


CARL TURNER,                      )
                                  )
     Plaintiff,                   )
                                  )      CIVIL ACTION NO.
     v.                           )        3:08cv788-MHT
                                  )            (WO)
BELCHER-ROBINSON, LLC,            )
                                  )
     Defendant.                   )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Carl Turner's motion for default judgment (doc. no. 10) is granted.

(2) Judgment is entered in favor of plaintiff Carl Turner and against defendant Belcher-Robinson, LCC.

(3) Plaintiff Carl Turner shall have and recover the sum of $ 152,258.04 (plus interest on the damages awarded under the Family and Medical Leave Act of 1993, as amended, 29 U.S.C. § 2601 et seq.) from defendant Belcher-Robinson, LCC.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 15th day of October, 2009.**

                                          <u>/s/ Myron H. Thompson</u>
                                          **UNITED STATES DISTRICT JUDGE**